No. 10,847
Orleans

## HARRIES v. NORRIS.

(May 9, 1927. Opinion and Decree.)

*(Syllabus by the Court.)*
1. Louisiana Digest—Appeal—Par. 625.
The finding of fact by the trial court will be affirmed where clearly correct.

Appeal from First City Court, Division "C". Hon. Wm. V. Seeber, Judge.

There was judgment for defendant and plaintiff appealed.

Judgment affirmed.

D. Sessler, J. P. Sullivan, Claude de Baroncelli, of New Orleans, attorneys for defendant, appellee.

Jos. Rosenberg, of New Orleans, attorney for plaintiff, appellant.

WESTERFIELD, J.    Plaintiff sues for $137.00 as the balance due on a contract for painting defendant's house.

Defendant resists payment upon the ground that the work was poorly done, necessitating the employment of another painter to finish the work.

The evidence, effective in plaintiff's favor, at least equals the effect of the countervailing testimony adduced by defendant.    Under the circumstances the judgment appealed from must be and it is hereby affirmed.